**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-6231**

—————————

MICHAEL A. DUNCAN,

Plaintiff - Appellant,

versus

DOCTOR SHERMAN, Jail Dentist,

Defendant - Appellee.

—————————

**No. 03-6351**

—————————

MICHAEL A. DUNCAN,

Plaintiff - Appellant,

versus

DOCTOR SHERMAN, Jail Dentist,

Defendant - Appellee.

—————————

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-02-1869-AM)

—————————

Submitted: May 29, 2003            Decided: June 4, 2003

—————————

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Michael A. Duncan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Duncan appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000) and denying his motion to amend. We have reviewed the record and find that these appeals are frivolous. Accordingly, we dismiss the appeals on the reasoning of the district court. See Duncan v. Sherman, No. CA-02-1869-AM (E.D. Va. filed Jan. 21, 2003 & entered Jan. 22, 2003; filed Feb. 12, 2003 & entered Feb. 13, 2003). We deny Duncan's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED